| | | |
|---|---|---|
| LASHUNDIA DENISE REED<br>305 MEAD ST<br>FOREST, MS 39074 | CREDIT ONE BANK<br>P.O. BOX 98873<br>LAS VEGAS, NV 89193 | NATIONAL CREDIT<br>ATTN: BANKRUPTCY<br>P.O. BOX 672288<br>ATLANTA, GA 30006 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | DEBT RECOVERY SOLUTION<br>ATTN: BANKRUPTCY<br>6800 JERICHO TURNPIKE<br>STE 113E<br>SYOSSET, NY 11791 | NAVIENT<br>ATTN: BANKRUPTCY<br>PO BOX 9635<br>WILKES BARRE, PA 18773 |
| ADVANCE AMERICA<br>1303 HWY 35 SOUTH<br>STE 1<br>FOREST, MS 39074 | FAMILY CHOICE FINANCIA<br>828 WOODLAND DR N<br>FOREST, MS 39074 | ONE BLINC LOANS<br>ATTN: BANKRUPTCY<br>225 E DANIA BCH BLVD<br>DANIA BEACH, FL 33004 |
| BMG MONEY<br>ATTN: BANKRUPTCY<br>444 BRICKELL AVE<br>SUITE 250<br>MIAMI, FL 33131 | INTERNAL REVENUE SERVI<br>CENTRALIZED INSOLVENCY<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | ONEMAIN FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 142<br>EVANSVILLE, IN 47701 |
| BUFFALO LAKE<br>P.O. BOX 254<br>FORT THOMPSON, SD 57339 | INTERNAL REVENUE SERVI<br>C/O US ATTORNEY<br>501 EAST COURT ST<br>STE 4.430<br>JACKSON, MS 39201 | POSSIBLE FINANCE<br>2231 FIRST AVE  STE B<br>SEATTLE, WA 98121 |
| CHIME<br>ATTN: BANKRUPTCY<br>PO BOX 417<br>SAN FRANCISCO, CA 94104 | KANSAS COUNSELORS<br>ATTN: BANKRUPTCY<br>PO BOX 14765<br>SHAWNEE MISSION, KS 66285 | REFLEX CREDIT CARD<br>126 GRAND ST<br>4TH FLOOR<br>NEW YORK, NY 10013 |
| CKS PRIME INVESTMENTS<br>1800 ROUTE 34<br>STE 305<br>LITTLE SILVER, NJ 07739 | KASHABLE LLC<br>ATTN: BANKRUPTCY DEPT<br>489 5TH AVE<br>18TH FLOOR<br>NEW YORK, NY 10017 | SAFRA NBNY<br>21500 BISCAYNE BLVD<br>AVENTURA, FL 33180 |
| COMENITY BANK<br>ATTN: BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS, OH 43218 | LVNV FUNDING<br>ATTN: BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE, SC 29603 | SMITH ROUCHON<br>1456 ELLIS AVE<br>JACKSON, MS 39204 |
| CREDIT COLLECTION<br>ATTN: BANKRUPTCY<br>725 CANTON ST<br>NORWOOD, MA 02062 | MIDNIGHT VELVET<br>ATTN: BANKRUPTCY<br>1112 7TH AVENUE<br>MONROE, WI 53566 | STATEWIDE FCU<br>ATTN: BANKRUPTCY<br>P.O. BOX 320483<br>FLOWOOD, MS 39232 |

```
UNITED CREDIT
234-A N WOODLAND DR
FOREST, MS 39074


US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001


VELOCITY INVESTMENTS
ATTN: BANKRUPTCY
1800 ROUTE 34N
SUITE 305
WALL, NJ 07719

VERIZON WIRELESS
ATTN: BANKRUPTCY
500 TECHNOLOGY DR
STE 599
WELDON SPRINGS, MO 63304

WESTLAKE PORTFOLIO
ATTN: BANKRUPTCY
PO BOX 76809
LOS ANGELES, CA 90054


WORLD FINANCE
ATTN: BANKRUPTCY
PO BOX 6429
GREENVILLE, SC 29606
```