United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-01065-JAW
Lashundia Denise Reed     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 3
Date Rcvd: Jul 30, 2025     Form ID: n031     Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lashundia Denise Reed, 305 Mead St, Forest, MS 39074-3719 |
| 5503047 | | CKS Prime Investments, 1800 Route 34, Ste 305, Little Silver, NJ 07739 |
| 5503064 | | Reflex Credit Card, 126 Grand St, 4th Floor, New York, NY 10013 |
| 5503987 | | River Oaks Hospital, LLC dba Merit Health River Oa, C/O DAVID L. MENDELSON, Mendelson Law Firm, P.O. BOX 17235, MEMPHIS, TN 38187-0235 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5503043 | + | Email/Text: bnc@teampurpose.com | Jul 30 2025 19:32:00 | Advance America, 1303 Hwy 35 South, Ste 1, Forest, MS 39074-5028 |
| 5536966 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 30 2025 19:39:04 | Aidvantage on behalf of The Department of Educatio, Dept of Ed Loan Services, PO Box 300001, Greenville Tx 75403-3001 |
| 5503061 | | Email/Text: erik.medeiros@blincloans.com | Jul 30 2025 19:32:00 | One Blinc Loans, Attn: Bankruptcy, 225 E Dania Bch Blvd, Dania Beach, FL 33004 |
| 5507333 | + | Email/Text: bankruptcy@bmgmoney.com | Jul 30 2025 19:32:00 | BMG LoansAtWork Inc., 444 Brickell Ave Ste 250, Miami FL 33131-2404 |
| 5503044 | + | Email/Text: bankruptcy@bmgmoney.com | Jul 30 2025 19:32:00 | BMG Money, Attn: Bankruptcy, 444 Brickell Ave, Suite 250, Miami, FL 33131-2404 |
| 5503045 | + | Email/Text: bseaboy@buffalolakelending.com | Jul 30 2025 19:32:00 | Buffalo Lake, P.O. Box 254, Fort Thompson, SD 57339-0254 |
| 5503046 | + | Email/Text: omx-bnc-bk-notices@chime.com | Jul 30 2025 19:32:00 | Chime, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 5503048 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 30 2025 19:32:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5503049 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 30 2025 19:32:00 | Credit Collection, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5503050 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 30 2025 19:38:54 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5503051 | ^ | MEBN | Jul 30 2025 19:29:15 | Debt Recovery Solution, Attn: Bankruptcy, 6800 Jericho Turnpike, Ste 113e, Syosset, NY 11791-4401 |
| 5503053 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 30 2025 19:32:00 | Department of Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5520668 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 30 2025 19:38:54 | Directv, LLC, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 30, 2025 | Form ID: n031 | Total Noticed: 47 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5503052 | | Email/Text: rrush@familychoicefinancial.com | Jul 30 2025 19:32:00 | Family Choice Financial, Inc., 828 Woodland Dr N, Forest, MS 39074 |
| 5517505 | + | Email/Text: gbechakas@outlook.com | Jul 30 2025 19:32:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 5503054 | + | Email/Text: ebone.woods@usdoj.gov | Jul 30 2025 19:32:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5524392 | | Email/Text: bankruptcy@kashable.com | Jul 30 2025 19:32:00 | Kashable LLC, PO Box 4287, New York, NY 10163 |
| 5503056 | | Email/Text: bankruptcy@kashable.com | Jul 30 2025 19:32:00 | Kashable Llc, Attn: Bankruptcy Dept, 489 5th Ave, 18th Floor, New York, NY 10017 |
| 5503055 | | ^ MEBN | Jul 30 2025 19:29:09 | Kansas Counselors, Attn: Bankruptcy, Po Box 14765, Shawnee Mission, KS 66285-4765 |
| 5535653 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2025 19:38:54 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5504953 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2025 19:38:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5503057 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2025 19:38:59 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5503058 | + | Email/Text: bankruptcy@sccompanies.com | Jul 30 2025 19:32:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 5503059 | | Email/Text: bankruptcy@nationalcreditsystems.com | Jul 30 2025 19:32:00 | National Credit, Attn: Bankruptcy, P.O. Box 672288, Atlanta, GA 30006 |
| 5503060 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 30 2025 19:38:59 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 5503062 | + | Email/PDF: cbp@omf.com | Jul 30 2025 19:39:04 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 5510326 | | Email/PDF: cbp@omf.com | Jul 30 2025 19:39:04 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5503063 | | Email/Text: bankruptcy@possiblefinance.com | Jul 30 2025 19:32:00 | Possible Finance, 2231 First Ave Ste B, Seattle, WA 98121 |
| 5518215 | + | Email/Text: bankruptcy@purchasingpower.com | Jul 30 2025 19:32:00 | Purchasing Power, LLC, Bankruptcy Dept., 2727 Paces Ferry Road SE, Bldg. 2, Suite 1200, Atlanta, GA 30339-6143 |
| 5519750 | | Email/Text: bnc-quantum@quantum3group.com | Jul 30 2025 19:32:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5528819 | + | Email/Text: jpark001@bellsouth.net | Jul 30 2025 19:32:00 | RAM Receivables LLC, Agent of Huntington Debt Holdings, RAM Receivables LLC, PO Box 25693, Memphis, TN 38125-8009 |
| 5503065 | + | Email/Text: christiane.roberts@safra.com | Jul 30 2025 19:32:00 | Safra Nbny, 21500 Biscayne Blvd, Aventura, FL 33180-1260 |
| 5503066 | + | Email/Text: Tracey@sra-inc.net | Jul 30 2025 19:32:00 | Smith Rouchon, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5503067 | + | Email/Text: megan.massey@statewidefcu.org | Jul 30 2025 19:32:00 | Statewide FCU, Attn: Bankruptcy, P.O. Box 320483, Flowood, MS 39232-0483 |
| 5508231 | + | Email/Text: forest@fmcfinance.net | Jul 30 2025 19:32:00 | UNITED CREDIT CORP OF FOREST, 234-A N WOODLAND DRIVE, FOREST, MS 39074-3308 |
| 5503069 | | ^ MEBN | Jul 30 2025 19:29:17 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5503068 | + | Email/Text: lhall@fmcfinance.net | Jul 30 2025 19:32:00 | United Credit, 234-A N Woodland Dr, Forest, MS 39074-3308 |

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 30, 2025 | Form ID: n031 | Total Noticed: 47 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5503070 | | Email/Text: dispute@velocityrecoveries.com | Jul 30 2025 19:32:00 | Velocity Investments, Attn: Bankruptcy, 1800 Route 34n, Suite 305, Wall, NJ 07719 |
| 5503071 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 30 2025 19:32:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 5524546 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 30 2025 19:38:59 | Verizon by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5503072 | ^ | MEBN | Jul 30 2025 19:29:08 | Westlake Portfolio, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |
| 5517305 | + | Email/Text: bk@worldacceptance.com | Jul 30 2025 19:32:04 | World Acceptance Corp., World Acceptance Corporation, Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |
| 5503073 | + | Email/Text: bk@worldacceptance.com | Jul 30 2025 19:32:53 | World Finance, Attn: Bankruptcy, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 01, 2025         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Lashundia Denise Reed trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−01065−JAW
**Chapter:** 13

**In re:**

Lashundia Denise Reed
aka Lashundia Reed
305 Mead St
Forest, MS 39074

Notice of Entry of Order Confirming Plan

The Court entered an Order on July 30, 3035 (Dkt. # 30 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: July 30, 2025                                              Danny L. Miller, Clerk of Court