# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                                          **CHAPTER 13:**

**LASHUNDIA DENISE REED**                              **CASE NO. 25-01065-JAW**

## TRUSTEE'S MOTION TO MODIFY CHAPTER 13 PLAN

COMES NOW, Torri Parker Martin, the duly appointed and qualified Standing Trustee in the above cause and files this Motion to Modify Chapter 13 Plan and in support thereof, would show unto the Court the following:

1. Pursuant to 11 U.S.C. § 1329(a), "at any time after confirmation of the plan…, the plan may be modified, upon request of…the trustee."

2. The Debtor filed the voluntary petition for bankruptcy on April 25, 2025.

3. The Chapter 13 Plan was confirmed on July 30, 2025.

4. As of the date of this Motion, the Debtor's current plan payment is insufficient to timely complete the bankruptcy plan.

5. The Trustee believes it is in the best interest of the estate for the plan to be modified to increase the plan payment to an amount sufficient for timely completion.

**WHEREFORE, PREMISES CONSIDERED**, the Trustee prays that this Motion be received and filed and upon a hearing hereon, this Court will enter its Order granting the Trustee's Motion modifying the Chapter 13 Plan; and any other general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: January 8, 2026

Respectfully submitted,

/s/ Torri Parker Martin
Torri Parker Martin, MSB #103938
Standing Chapter Thirteen Trustee
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: tpm@tpmartinch13.com

## CERTIFICATE OF SERVICE

I, Torri Parker Martin, do hereby certify that I have this day electronically filed a true and correct copy of the above and foregoing Motion to the following, postage prepaid, and/or electronic, ECF filing, to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**Debtor's Attorney:**

Thomas Carl Rollins, Jr., Esq.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Phone: (601) 500-5533
Email: trollins@therollinsfirm.com

/s/ Torri Parker Martin
Torri Parker Martin, Standing Ch. 13 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                                   CHAPTER 13:

LASHUNDIA DENISE REED                                                    CASE NO. 25-01065-JAW

### 30-DAY NOTICE OF MOTION TO MODIFY

**YOU ARE HEREBY NOTIFIED** that a written response on the Trustee's Motion to Modify (Docket #35) must be filed with the Clerk, U.S. Bankruptcy Court, 501 East Court Street, Suite 2.300, Jackson, MS 39201; with a copy to the Chapter 13 Trustee, Torri Parker Martin, 200 North Congress Street, Suite 400, Jackson, MS 39201; on or before thirty (30) days from the date of this Notice.

If no objection is timely filed, the Court may enter an Order granting the Trustee's Motion to Modify. In the event a written response is filed, the Court will notify you of the date, time, and place of the hearing thereon.

DATED: January 8, 2026

Respectfully submitted,

/s/ Torri Parker Martin
Torri Parker Martin, MSB #103938
Standing Chapter Thirteen Trustee
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: tpm@tpmartinch13.com

## **CERTIFICATE OF SERVICE**

I, Torri Parker Martin, do hereby certify that I have this day electronically filed a true and correct copy of the above and foregoing Notice to the following, postage prepaid, and/or electronic, ECF filing, to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**Debtor's Attorney:**

Thomas Carl Rollins, Jr., Esq.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Phone: (601) 500-5533
Email: trollins@therollinsfirm.com

/s/ Torri Parker Martin
Torri Parker Martin, Standing Ch. 13 Trustee