# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                                  **CHAPTER 13:**

**LASHUNDIA DENISE REED**                          **CASE NO. 25-01065-JAW**

### ORDER GRANTING TRUSTEE'S MOTION TO MODIFY CHAPTER 13 PLAN

**THIS MATTER** came before the Court on the Trustee's Motion to Modify Chapter 13 Plan (Docket #35). Thus, having considered the matter, the Court finds that the Trustee's Motion should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Motion to Modify Chapter 13 Plan is hereby granted. The Debtor's plan shall be modified to increase the plan payments to an amount sufficient for timely completion. The Trustee is authorized to amend the plan and wage order accordingly.

##END OF ORDER##

Submitted by:

/s/ Torri Parker Martin
Torri Parker Martin, MSB #103938
Standing Chapter 13 Trustee
200 North Congress St., Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Fax: (601) 981-1983
Email: tpm@tpmartinch13.com