# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Lashundia Denise Reed, Debtor         Case No. 25-01065-JAW
                                                CHAPTER 13

## RESPONSE

COMES NOW, Debtor, by and through counsel, and responds to Trustee's Motion to Modify the confirmed Chapter 13 plan (dk #35) as follows:

1. Debtor commenced this case on 04/25/2025 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. The Trustee's Motion requests that the plan payment be increased to an amount "sufficient for timely completion," but the Motion does not identify the specific payment amount being requested.

3. The Motion also does not explain why the Debtor's current confirmed plan payment is insufficient to complete the plan as confirmed.

4. This is a 100% plan. The confirmed plan payment was increased from the originally proposed payment prior to confirmation.

5. The Chapter 13 Plan was confirmed July 30, 2025, and there have been no changes in filed claims since confirmation that would affect plan feasibility or require an increase in payments.

6. Absent an explanation of how the current payment is insufficient or a proposed modified payment amount, the Debtor cannot meaningfully respond to the requested modification.

**WHEREFORE**, Debtor respectfully requests that the Trustee's Motion to Modify be denied, or in the alternative, that the Trustee be required to specify the basis for the requested increase and the proposed plan payment amount.

WHEREFORE, Debtor prays for an Order denying the Motion and for such additional or alternative relief as may be just and proper.

Respectfully submitted,

By: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)