

**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: February 18, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13:** |
| **LASHUNDIA DENISE REED** | **CASE NO. 25-01065-JAW** |

## AGREED ORDER

**THIS MATTER** came before the Court on the Trustee's Motion to Modify Chapter 13 Plan (Docket #35) and the Debtor's Response (Docket #36). The Court, having fully considered the matters and finding the parties in agreement, finds that the Trustee's Motion should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Motion to Modify Chapter 13 Plan is hereby granted. The plan shall be modified to reflect a biweekly plan payment of $812.50. The Trustee is authorized to cure the current plan payment delinquency, amortize the delinquency over the remaining life of the plan, and modify the plan and wage order accordingly.

##END OF ORDER##

| SUBMITTED BY: | AGREED BY: |
|---|---|
| /s/ Kellie Grizzell | /s/ Thomas C. Rollins, Jr. |
| Kellie Grizzell, MSB# 105681 | Thomas C. Rollins, Jr., MSB# 103469 |
| Staff Attorney for | The Rollins Law Firm, PLLC |
| Standing Chapter Thirteen Trustee | P.O. BOX 13767 |
| Torri Parker Martin, MSB# 103938 | Jackson, MS 39236 |
| 200 North Congress Street, Suite 400 | Office: (601) 500-5533 |
| Jackson, MS 39201 | Email: trollins@therollinsfirm.com |
| Office: (601) 981-9100 | |
| Email: KGrizzell@tpmartinch13.com | |