United States Bankruptcy Court
Southern District of Mississippi

In re:   Case No. 25-01065-JAW
Lashundia Denise Reed   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3         User: mssbad         Page 1 of 1
Date Rcvd: Feb 18, 2026      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lashundia Denise Reed, 305 Mead St, Forest, MS 39074-3719 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 20, 2026          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Lashundia Denise Reed trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: February 18, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13:** |
| **LASHUNDIA DENISE REED** | **CASE NO. 25-01065-JAW** |

### AGREED ORDER

**THIS MATTER** came before the Court on the Trustee's Motion to Modify Chapter 13 Plan (Docket #35) and the Debtor's Response (Docket #36). The Court, having fully considered the matters and finding the parties in agreement, finds that the Trustee's Motion should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Motion to Modify Chapter 13 Plan is hereby granted. The plan shall be modified to reflect a biweekly plan payment of $812.50. The Trustee is authorized to cure the current plan payment delinquency, amortize the delinquency over the remaining life of the plan, and modify the plan and wage order accordingly.

##END OF ORDER##

| **SUBMITTED BY:** | **AGREED BY:** |
|---|---|
| /s/ Kellie Grizzell | /s/ Thomas C. Rollins, Jr. |
| Kellie Grizzell, MSB# 105681 | Thomas C. Rollins, Jr., MSB# 103469 |
| Staff Attorney for | The Rollins Law Firm, PLLC |
| Standing Chapter Thirteen Trustee | P.O. BOX 13767 |
| Torri Parker Martin, MSB# 103938 | Jackson, MS 39236 |
| 200 North Congress Street, Suite 400 | Office: (601) 500-5533 |
| Jackson, MS 39201 | Email: trollins@therollinsfirm.com |
| Office: (601) 981-9100 | |
| Email: KGrizzell@tpmartinch13.com | |