B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

_____Southern_____ District Of _____Mississippi_____

In re ____Reed, Lashundia____, Case No. __25-01065__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| DON Tributary Partners, LLC | Intercoastal Financial, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Capital Enterprise Services, LLC
1111 Brickell Ave. Floor 10
Miami, FL 33131, USA

Phone: _____(800) 518-9248_____
Last Four Digits of Acct #: ____8052____

Court Claim # (if known): 8
Amount of Claim: $1,295.46
Date Claim Filed: 06/02/2025

Phone: ____(716) 867-8045____
Last Four Digits of Acct. #: __8052__

Name and Address where transferee payments should be sent (if different from above):

Capital Enterprise Services, LLC
PO Box 62582
Phoenix, AZ 85082

Phone: _____(800) 518-9248_____
Last Four Digits of Acct #: ____8052____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:____*Shivangi Singh*____ Date:____06/03/2026____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.